**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Bernard Oyama<br>fdba  B. Oyama Inc. | CASE NO.: 15–12745–mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–0417 | CHAPTER: 7 |

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Robert L. Geltzer is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 30, 2016

Martin Glenn, Bankruptcy Judge